## EDWIN M. WILMER

*vs.*

## HENRIETTA V. LANG.

*Right of Appeal—Time of Taking.*

No appeal lies to the Court of Appeals from a judgment of the Baltimore City Court, sitting as an appellate tribunal.

An appeal, not taken within the time prescribed by Code, art. 5, sec. 6, must be dismissed.

*Decided October 6th, 1922.*

Appeal from the Baltimore City Court (STANTON, J.).

*Scire facias* proceeding by Edwin M. Wilmer against Henrietta V. Lang, garnishee of August Lang. From an order refusing to dismiss defendant's appeal from a judgment of the People's Court, and quashing the writ of *scire facias,* plaintiff appeals. Appeal dismissed.

The cause was argued before BOYD, C. J., THOMAS, PATTISON, URNER, STOCKBRIDGE, ADKINS, and OFFUTT, JJ.

*E. M. Wilmer,* for the appellant.

*William L. Stuckert,* for the appellee.

STOCKBRIDGE, J., delivered the opinion of the Court, dismissing the appeal, with costs.